IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff | * | |
| v. | * | CR. NO. 03-20451-B |
| NICHOLAS MORROW, | * | |
| Defendant. | * | |

## ORDER RELIEVING FEDERAL DEFENDER FROM REPRESENTATION

Before this court is the defendant's oral request for new counsel, which was heard in open court on May 9, 2005.

After hearing from the defendant, the request is GRANTED and counsel is relieved.

Counsel is to be appointed as soon as possible from the CJA Panel for the defendant in this case.

It is so ORDERED.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

May 10, 2005
DATE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-11-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:03-CR-20451 was distributed by fax, mail, or direct printing on May 11, 2005 to the parties listed.

---

Greg Gilluly
US ATTORNEY'S OFFICE
167 N. Main St.
Ste 800
Memphis, TN 38103

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT