IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.  NO. 03-20451

NICHOLAS MORROW,

    Defendant.

## ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SUPPRESSION HEARING

This cause came on upon the motion of the Defendant to continue the suppression hearing set on May 31, 2005 at 1:30 p.m. For good cause shown, the Court hereby grants the Defendant's motion. Time will be excluded under the Speedy Trial Act

IT IS SO ORDERED this 31st day of May, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-6-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:03-CR-20451 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Greg Gilluly
US ATTORNEY'S OFFICE
167 N. Main St.
Ste 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT