IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 JUN -1  AM 9: 13

CLERK, U.S. DIST. CT.
W. D. OF TN MEMPHIS

UNITED STATES OF AMERICA

    Plaintiff

VS.

NICHOLAS MORROW (c)

    Defendant.

CR. NO. 03-20451-B

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND **SETTING**

This cause came on for a report date on March 28, 2005. At that time, counsel for the defendant requested a continuance of the trial date in order to allow for additional preparation in the case.

The Court granted the request and reset the trial date to May 2, 2005 with a report date of Monday, April 25, 2005. A Motion to Suppress Evidence was filed and a suppression hearing set for May 5, 2005. Pursuant to Defendant's request, new counsel was appointed to represent the defendant and a new date of May 31, 2005 was set for suppression hearing.

A Motion to Continue is Granted and **Suppressing Hearing is continued to Thursday, June 23, 2005 at 10:00 a.m.**, in Courtroom 1, 11th Floor of the Federal Building, Memphis, TN.

The period from May 13, 2005 through July 15, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 31st day of May, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-8-05

35

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:03-CR-20451 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Greg Gilluly
US ATTORNEY'S OFFICE
167 N. Main St.
Ste 800
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Honorable J. Breen
US DISTRICT COURT