IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 JUN 22 PM 3: 47

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                    NO. 03-20451

NICHOLAS MORROW,

    Defendant.

### ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SUPPRESSION HEARING

This cause came on upon the motion of the Defendant to continue the suppression hearing set on June 23, 2005 at 10:00 a.m. For good cause shown, the Court hereby grants the Defendant's motion.

**IT IS SO ORDERED** this 22nd day of June, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-22-05

3)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:03-CR-20451 was distributed by fax, mail, or direct printing on June 22, 2005 to the parties listed.

---

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Greg Gilluly
US ATTORNEY'S OFFICE
167 N. Main St.
Ste 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT