FILED BY _____ D.C.

05 SEP -7 AM 11: 00

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff

VS.

                                       CR. NO. 03-20451-B

NICHOLAS MORROW,

    Defendant.

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND <u>SETTING</u>

This cause came on for a report date on August 29, 2005. At that time, counsel for the defendant requested a continuance of the September 6, 2005 trial date in order to allow for additional preparation in the case.

The Court granted the request and reset the trial date to October 3, 2005 with a **report date of Monday, September 26, 2005, at 9:30 a.m.,** in <u>Courtroom 1, 11th Floor</u> of the Federal Building, Memphis, TN.

The period from September 16, 2005 through October 14, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this ___6___ day of September, 2005.

                          J. DANIEL BREEN
                          UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __9-8-05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:03-CR-20451 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

Greg Gilluly
US ATTORNEY'S OFFICE
167 N. Main St.
Ste 800
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Honorable J. Breen
US DISTRICT COURT